## Mary Rogowski, Appellee, v. Joseph Picha, Sr. and Joseph Picha, Jr., Appellants,

### Gen. No. 17,889.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Reversed. Opinion filed October 14, 1913.

## Statement of the Case.

Action by Mary Rogowski against Joseph Picha, Sr., and others to recover for personal injuries sustained by plaintiff while a tenant of defendants by reason of the negligence of defendants in permitting a sidewalk to be in a defective condition. From a judgment for plaintiff, defendants appeal.

JOSEPH F. TRISKA and ERNEST R. FIFER, for appellants.

JOHN STELK and ALFRED H. GROSS, for appellee.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. LANDLORD AND TENANT, § 258*—*when evidence of ownership insufficient.* In an action for personal injuries alleged to have been sustained by plaintiff while a tenant of defendants on account of the defective condition of a sidewalk, plaintiff's evidence of defendants' ownership and possession, *held,* insufficient to make defendants jointly or severally liable.

2. LANDLORD AND TENANT, § 258*—*evidence of ownership.* Mere fact that a person collects rent, not sufficient to establish liability of himself and son as joint owners or as joint possessors of the premises.